UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| STEPHEN FERRARA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| PARSONS INSPECTION & MAINTENANCE | : DECLARATION OF: |
| CORPORATION, a corporate entity; SERVICE | : <u>SAM VENTOLA</u> |
| EMPLOYEES INTERNATIONAL UNION LOCAL | : CIVIL ACTION No. 2:2011CV 0349 |
| 518, a labor organization; ABC CORPORATIONS 1-25 | : |
| (fictitious names representing unknown entities), | : |
| and JOHN DOES 1-50(fictitious names representing | : |
| unknown persons), | |
| | : |
| Defendants | : |

---

SAM VENTOLA declares as follows, pursuant to 8 U.S.C. § 1746:

1. I am the Recording Secretary of the Service Employees International Union Local 518 ("the Union"), a labor organization and defendant in the above-captioned case. I respectfully submit this declaration to provide true and correct copies of records that relate to this action.

2. A true and accurate copy of the Collective Bargaining Agreement between the Union and Parsons Inspection & Maintenance Corporation in effect at the time in question in the instant case is attached as Exhibit I.

3. A true and accurate copy of the minutes of the Union Judiciary Committee meeting held on December 13, 2010 in Lodi, New Jersey is attached as Exhibit II.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Lodi, New Jersey

/s/ Sam Ventola

Sam Ventola

On this 22 day of July, 2011